# Court of Appeals of the State of Georgia

ATLANTA,  July 03, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1782. NIX v. THE STATE.**

This is an appeal from the trial court's resentencing of appellant Nix after our affirmance of his conviction for child molestation and our vacating of his sentence on Counts 3-15 of that conviction. See *Nix v. State*, Case No. A24A0212 (unpublished, decided May 29, 2024). After the filing of his notice of appeal, Nix informed his appellate counsel that he wished to proceed pro se. Appellate counsel has now filed a motion to remand the case so that a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (95 SCt 2525, 45 LEd2d 562) (1975), can be held and a finding made as to whether Nix is sufficiently aware of the dangers of self-representation. See *Merriweather v. Chatman*, 285 Ga. 765, 767 (684 SE2d 237) (2009) (reversing a habeas court's denial of the writ when the record did not show that the trial court "gave appellant any instruction or admonition about the dangers of self-representation").

No opposition having been received, the motion to remand is GRANTED. Nix shall have 30 days from the entry of any final order to file a new notice of appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/03/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.